[No. 48833-7-II. Division Two. July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DEDRIC LAMAR GREER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-1-02828-8, Stanley J. Rumbaugh, J., entered March 31, 2016. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Maxa, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 48841-8-II. Division Two. July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBIE HANSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 15-1-00299-1, Nelson E. Hunt, J., entered February 24, 2016. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Worswick, J.

[No. 48859-1-II. Division Two. July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY LEE CROW, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-00585-6, Carol Murphy, J., entered April 21, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 48865-5-II. Division Two. July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. PEDRO GODINEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-02162-7, Barbara D. Johnson, J., entered March 21, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Sutton, J.